## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Jeffrey Scott Cates and
Christine Therese Cici-Cates,   Case No. 21-40882

      Debtors.   Chapter 11 (Subchapter V)

### ORDER CONFIRMING CONSENSUAL PLAN AND FIXING TIME LIMITS

      The Fourth Modified Plan of Reorganization filed by Debtors, its proponents, under Subchapter V of Chapter 11 [ECF No. 259] was transmitted to all creditors and other parties in interest. The Fifth Modified Plan of Reorganization [ECF No. 269] was transmitted, pursuant to the Court's instructions, by ECF to all Registered Filers entitled to electronic service including those parties to whom the modifications pertained. It has now been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1191(a) have been satisfied.

      **IT IS THEREFORE ORDERED:**

      1.     CONFIRMATION OF PLAN.  The Fifth Modified Plan filed by the Debtor on February 10, 2023, and dated February 9, 2023, is confirmed.

      2.     PROFESSIONAL FEES AND OTHER ADMINISTRATIVE EXPENSES.  All applications for award of preconfirmation compensation or expenses to a trustee, examiner, attorney or other professional person, and all other requests to order payment of an administrative expense, must be made by motion under Local Rules 2016-1 or 3002-2, and must be served and filed within 30 days after the date of this order. All applications for award of post-confirmation administrative expenses must be made by motion under Local Rules 2016-1 or 3002-2, and must be filed no later than 30 days after the final payment of any Allowed Classified Claim by the Debtors.

      3.     OTHER CLAIMS.  Any proof of claim that may be filed to the extent and under the conditions stated in Bankruptcy Rule 3002(c)(2), (c)(3), or (c)(4), as provided by Rule 3003(c)(3), must be filed within 30 days after the date of this order, or 30 days after the claim arises, whichever is later, ==provided the Debtors gives timely notice to such claimants of the deadline==.

      4.     OBJECTIONS TO CLAIMS.  All objections to proofs of claim must be made by motion under Local Rule 3007-1, and must be served and filed within 30 days after the date of this order, or 30 days after the claim was filed, whichever is later.

5. OTHER PROCEEDINGS.  All other motions, applications, or complaints shall be filed within 60 days after the date of this order.  Any time limit provided in this order may be extended or waived by the Court for cause after notice and a hearing.  Nothing in this order shall preclude any proceeding in another court with jurisdiction and within time limits otherwise applicable.

6. REPORT INFORMATION.  A separate order is entered to require payment of notice or claim charges and the reporting of payments made post-petition to date of confirmation of the plan, and payments paid or to be paid thereafter, for pre-confirmation debts or administrative expenses.

7. NOTICE OF SUBSTANTIAL CONSUMMATION. The Debtor shall file and serve a *Notice of substantial consummation* as required by 11 U.S.C. § 1183(c)(2).

8. MAILING OF NOTICE.  The Clerk will provide notice of entry of this order and confirmation of the plan to the entities specified in Local Rule 9013-3 and to all creditors and other parties in interest.  The proponent of the plan must forthwith mail copies of this order as notice thereof to all equity security holders of the Debtors.

9. DISCHARGE.  As provided in the plan pursuant to 11 U.S.C. § 1141 and notwithstanding approval of the plan under § 1191(a), 11 U.S.C. § 1192 shall apply such that the debtors shall be discharged as soon as practicable after completion of all payments due within the term of the plan, upon notice and motion of the debtors.

Dated: *February 13, 2023*

*/e/William J. Fisher*
_____
William J. Fisher
United States Bankruptcy Judge