# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Jeffrey Scott Cates and  
Christine Therese Cici-Cates,

Case No. 21-40882

Debtors.

Chapter 11 (Subchapter V)

## THIRD AMENDED ORDER SETTING EVIDENTIARY HEARING

At Saint Paul, Minnesota.

This case came before the Court for a hearing on September 13, 2022 on the Debtors' motion objecting to claim 20 of Medina, 55, LLC [Dkt. No. 196]. Medina 55, LLC filed a response [Dkt. No. 201]. At the hearing, appearances were made by Kenneth Edstrom for the Debtors; Mary Sieling as the Subchapter V Trustee; and Will Tansey for Medina 55, LLC. Based on the record,

**IT IS HEREBY ORDERED**:

1. An evidentiary hearing will be held on **Wednesday, March 22, 2023 at 9:00 a.m.** and **Thursday, March 23, 2023 at 9:00 a.m.** Evidence will be taken at the hearing.

2. The evidentiary hearing will be held in Courtroom 2A, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101, before Judge William J. Fisher.

**BY THE COURT:**

Dated: *February 27, 2023*

*/e/William J. Fisher*

William J. Fisher  
United States Bankruptcy Judge