## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 21-40882 |
| Jeffrey Scott Cates and<br>Christine Therese Cici-Cates, | Chapter 11 (Subchapter V) |
| Debtors. | |

### STIPULATED ORDER RESOVLING MOTION IN LIMINE

This case came before the Court on March 15, 2023 for a hearing on Medina 55, LLC's expedited motion in limine. ECF No. 292. The Debtors filed a response. ECF No. 298. The motion in limine relates to the evidentiary hearing scheduled for March 22, 2023 on the Debtors' motion objecting to Medina 55, LLC's claim (No. 20). ECF Nos. 196, 288. At the hearing Ted Wagor appeared for Medina 55, LLC and Kenneth Edstrom appeared for the Debtors.

On March 16, 2023, the Court issued an order granting Medina 55, LLC's request for expedited relief, setting a time for an oral rendering regarding Medina 55, LLC's request to exclude certain witnesses, and instructing the parties to notify the Court if the parties settled the issues prior to the oral rendering. ECF No. 300. The parties have notified the Court that they have settled these issues.

Based on the record and the stipulation of the parties,

**IT IS ORDERED:**

1. The testimony of Robert Atkinson may be presented by deposition transcript. The transcript will be deemed added to the Stipulation Regarding Joint Exhibit and Deposition Lists, ECF No. 282, as Exhibit No. 137.

2. The Debtors may offer the testimony of David Scott.

3. All other issues, such as judicial estoppel, are reserved.

**BY THE COURT:**

Dated: *March 20, 2023*

*/e/William J. Fisher*

William J. Fisher
United States Bankruptcy Judge