**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jeffrey Scott Cates  
Christine Therese Cici–Cates

Case No: 21–40882

Debtor(s)

Chapter 11 Case

# WITNESS AND EXHIBIT RECORD

**Date of Hearing:**

3/22/23

**Name of Witness:**

Rose Lorsung and Jonathan Yanta

**Exhibits Received:**

Stipulated Exhibits 1 – 137

**Additional Exhibits Received:**

Dated: 3/23/23

By: Kristin  
Deputy Clerk

**mnbwexrc** 7/15/2007 – pb