UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:    Case No. 21-40882

Jeffrey Scott Cates and Christine Therese Cici-Cates,    Chapter 11

Debtors.

**ORDER DENYING MOTION FOR RELIEF FROM STAY**

This case is before the court on May 16, 2023 on the motion of Ally Bank ("Movant") seeking relief from the automatic stay of section 362(a) of the Bankruptcy Code respecting a 2015 Lincoln MKC, VIN: 5LMTJ2AH5FUJ34734. Appearances were made at the hearing by Brad Welp for the Movant and Kenneth Edstrom for the Debtors. Based on the record,

**IT IS ORDERED:**

1. The Motion is **DENIED** as the stay is no longer in effect as discussed on the record.

Dated: *May 16, 2023*

*/e/William J. Fisher*
William J. Fisher
United States Bankruptcy Judge